| | | | | |
|---|---|---|---|---|
| Malzi v. UCBR | 712CD16 | 04/12/2017 | Unemployment Compensation Board of Review B-587519 | Affirmed |
| Sides v. PBPP | 725CD16 | 04/12/2017 | Board of Probation & Parole Parole No. 662CI | Affirmed |
| Notarianni v. O'Malley | 733CD16 | 04/12/2017 | Lackawanna County 2016-00762 | Affirmed |
| Lepre v. DOT | 1082CD16 | 04/12/2017 | Allegheny County SA-16-000239 | Affirmed |
| Rafaele v. WCAB (Life Path) | 1334CD16 | 04/12/2017 | Workers' Compensation Appeal Board A15-0374 | Affirmed |
| Curry, In re | 393CD17 | 04/12/2017 | Philadelphia County Docket No. 170301391 | Affirmed |
| Scott v. ZBA | 358CD15 | 04/13/2017 | Philadelphia County November Term 2013 No. 02363 | Affirmed |
| Frank Martz Coach Co. v. WCAB (Avila) | 1555CD15 | 04/13/2017 | Workers' Compensation Appeal Board A13-0930 | Vacated and Remanded |
| SD of Phila v. Commonwealth Assoc. of Schl Admn. | 152CD16 | 04/13/2017 | Philadelphia County 150901992 | Reversed |
| PSP v. Jet-Set Restaurant, LLC | 575CD16 | 04/13/2017 | Berks County No. 15-17846 | Affirmed |
| Waugh v. WCAB (St. Mary Med Center) | 702CD16 | 04/13/2017 | Workers' Compensation Appeal Board A15-0265 | Affirmed |
| Paladino v. Engelbrocht | 947CD16 | 04/13/2017 | Centre County 16-0652 | Affirmed |
| Fowler (Soto), In re | 370CD17 | 04/13/2017 | Dauphin County 2017 CV 1857 EL | Affirmed |
| Selelyo, In re | 401CD17, 402CD17, 403CD17, 404CD17, 405CD17, 406CD17 | 04/13/2017 | Allegheny County GD 17-3873 | Affirmed |
| Englesson (Garcia), In re | 383CD17 | 04/13/2017 | Northampton County C-0048-CV-2017-1947 | Affirmed |
| Kreiser v. UCBR | 1226CD16 | 04/17/2017 | Unemployment Compensation Board of Review B-590484 | Affirmed |